# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| RIA RAMDASS LAPAI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ONE CALL MEDICAL, INC. d/b/a ) <br> ONE CALL CARE MANAGEMENT, ) <br> ) <br> Defendant. ) <br> _____) | Case No.: |

## DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

Pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446, Defendant, ONE CALL MEDICAL, INC., d/b/a ONE CALL CARE MANAGEMENT ("Defendant"), through its undersigned counsel, hereby requests that this Court remove this action from the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, to the United States District Court for the Middle District of Florida, Jacksonville Division, and states as follows:

1. Plaintiff, RIA RAMDASS LAPAI ("Plaintiff"), a former employee of Defendant, brought this action in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, Case No. 16-2019-CA-002343-XXXX-MA (the "Circuit Court Case"), alleging violations of the federal Family and Medical Leave Act of 1993, 29 U.S.C. § 2601, *et seq.* ("FMLA").

2. Defendant was served with Plaintiff's Complaint and Demand for Jury Trial on April 12, 2019. *See* **Exhibit "A."**

3. This action is within original federal question jurisdiction of the United States District Court, pursuant to 29 U.S.C. § 1331, as Plaintiff's Complaint and Demand for Jury Trial contains only causes of action under the FMLA.

4. The United States District Court for the Middle District of Florida, Jacksonville Division, includes the judicial circuit in which Plaintiff filed her Complaint and Demand for Jury Trial. Thus, removal is proper to this Court pursuant to 28 U.S.C. § 1446(a).

5. This Notice of and Petition for Removal has been filed within 30 days of the receipt by Defendant on April 12, 2019, of service of the Complaint and Demand for Jury Trial in the Circuit Court Case. Thus, this Notice of and Petition for Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

6. Copies of all processes, pleadings, orders and other papers or exhibits of every kind currently on file within the Circuit Court Case are attached to this Notice of and Petition for Removal as composite **Exhibit "B"** as required by 28 U.S.C. § 1446(a).

7. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided the Notice of and Petition for Removal to Plaintiff, and filed a copy of this Notice of and Petition for Removal in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida.

WHEREFORE, Defendant, ONE CALL MEDICAL, INC. d/b/a ONE CALL CARE MANAGEMENT, respectfully requests that the United States District Court for the Middle District of Florida, Jacksonville Division, accept the removal of this action and direct that the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, have no further jurisdiction of this action unless and until this case is remanded.

DATED this 10th day of May 2019.

Respectfully submitted,

By: /s/Benjamin D. Sharkey
Benjamin D. Sharkey
Florida Bar No. 0389160
Benjamin.Sharkey@jacksonlewis.com
JacksonvilleDocketing@jacksonlewis.com
JACKSON LEWIS P.C.
501 Riverside Avenue, Suite 902
Jacksonville, Florida 32202
Telephone: (904) 638-2655
Facsimile: (904) 638-2656

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of May 2019, the foregoing has been filed via CM/ECF and served via U.S. Mail and electronic mail to the following:

Luis A. Cabassa
WENZEL FENTON CABASSA P.A.
1110 N. Florida Ave., Suite 300
Tampa, FL 33602
(813) 224-0431 Telephone
(813) 229-8712 Facsimile
lcabassa@wfclaw.com
twells@wfclaw.com

*Attorneys for Plaintiff*

/s/Benjamin D. Sharkey
Attorney

4849-2290-1653, v. 1