# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

RIA RAMDASS LAPAI,

    Plaintiff,

v.        Case No. 3:19-cv-550-J-32JRK

ONE CALL MEDICAL, INC.,

    Defendant.

_____

## O R D E R

Upon review of Joint Stipulation for Dismissal with Prejudice (Doc. 14), filed on August 15, 2019, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of August, 2019.

*(signature)*

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record